IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ANTHONY J. RICHARDSON   #06490-003                                                    PETITIONER

VS.                                                                         CIVIL ACTION NO.  5:05cv187DCB-MTP

CONSTANCE REESE, Warden                                                              RESPONDENT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that Anthony J. Richardson's Petition for Writ of Habeas Corpus [1] should be dismissed with prejudice for lack of jurisdiction.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Anthony J. Richardson's Petition for Writ of Habeas Corpus [1]  is hereby, dismissed with prejudice.

SO ORDERED this the   27th   day of    August   , 2008.


                                                              s/ David Bramlette
                                                    UNITED STATES DISTRICT JUDGE